KENJI M. PRICE #10523
United States Attorney
District of Hawaii

EDRIC M. CHING  # 6697
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii  96850
Telephone: (808) 541-2850
Facsimile: (808) 541-3752
Email: Edric.ching@usdoj.gov

Attorneys for Defendants
KEVIN K. MCALEENAN,
Acting Secretary of Homeland Security

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| RICHARD J. SANDOWSKI,<br><br>    Plaintiff,<br> vs.<br><br>KEVIN K. MCALEENAN, ACTING SECRETARY OF HOMELAND SECURITY,<br>    Defendant. | CIVIL NO. 17-00469 SOM-WRP<br><br>DEFENDANT KEVIN K. MCALEENAN, ACTING SECRETARY OF HOMELAND SECURITY'S CONCISE STATEMENT OF FACTS IN SUPPORT OF HIS MOTION TO DISMISS, OR IN THE ALTERNATIVE, FOR SUMMARY JUDGMENT; DECLARATION OF EDRIC M. CHING ; DECLARATION OF ROY REESE; DECLARATION OF DENISE MOORE; DECLARATION OF SHERRY JOHNSON; EXHIBITS "A"-"P"; CERTIFICATE OF SERVICE |

DEFENDANT KEVIN K. MCALEENAN, ACTING SECRETARY OF
HOMELAND SECURITY'S CONCISE STATEMENT OF FACTS
IN SUPPORT OF HIS MOTION TO DISMISS, OR IN THE ALTERNATIVE,
FOR SUMMARY JUDGMENT

Pursuant to Rule LR56.1 of the Local Rules of Practice for the United States District Court for the District of Hawaii, DEFENDANT KEVIN K. MCALEENAN, ACTING SECRETARY OF HOMELAND SECURITY, by and through his counsel, Kenji M. Price, United States Attorney for the District of Hawaii and Assistant United States Attorney Edric M. Ching, hereby submits his separate concise statement of material facts in support of his Motion for Summary Judgment, which is being filed contemporaneously.

|    | FACTS | EVIDENTIARY SUPPORT |
|----|-------|---------------------|
| 1. | Plaintiff was hired as a Transportation Security Officer ("TSO") at the Lanai City Airport ("LNY"), Lanai, Hawaii, on October 10, 2004. | Ex. A at p. 2 |
| 2. | On July 14, 2006, Plaintiff claimed in a Time and Attendance Report that he worked 11.75 hours. | Ex. C at 247:2-248:1; Ex. D at 456:19-460:16; Ex. E2 at p. 3 |
| 3. | On July 23, 2006, Plaintiff manually entered into a "Sign In/Sign Out Sheet" that he was entitled to 1.5 hours of overtime but made an entry on his Time and Attendance Sheet that was he entitled to 2.0 hours of overtime. | Ex. C at 258:4-259:8; Ex. E3 at p. 2; Ex. E4 |
| 4. | The August 4, 2006 entry to Plaintiff's "Sign In/Sign Out Sheet" indicated that Plaintiff claimed he was entitled to 1.5 hours of overtime but made an entry on his Time and Attendance Sheet that was he entitled to 2.0 hours of overtime. | Ex. D at 468:6-468:13; Ex. E3 at pp. 2 and 3; Ex. E4 |

|  | **FACTS** | **EVIDENTIARY SUPPORT** |
|---|---|---|
| 5. | Plaintiff's supervisor and the Financial Specialist at the TSA Maui Office confirmed that Plaintiff claimed hours on July 14, 2006, July 23, 2006 and August 4, 2006 were incorrect and in excess of the actual amount of hours that he worked. | Ex. D at 461:12-463:4; 464:2-465:13; 466:16-467:4; 468:6-468:13; 546:12-564:17 |
| 6. | Plaintiff was ordered by his supervisors to correct his Time and Attendance Sheets and was given guidance by his supervisor on how to make the correction but he refused to correct his entries. | Ex. D at 468:14-468:18; 546:18-548:9; 548:16-549:12 |
| 7. | TSO Screeners were required to secure the drawers at their assigned station before leaving their assigned station to ensure that Sensitive Security Information and other sensitive information were safe and secure. | Ex. C at 268:15-270:12; 340:3-340:16 |
| 8. | On August 10, 2006, Plaintiff left his assigned station and did not secure a drawer that was three feet from him. | Ex. C at 341:21-343:20; Ex. F at 124:18-125:12 |
| 9. | Plaintiff's supervisor, Genoa Lopez, reminded Plaintiff and another TSO assigned to Plaintiff's station to secure their drawers when leaving their station and Plaintiff blamed Ms. Lopez for not securing the drawer. | Ex. C at 341:21-343:20; Ex. E5 |
| 10. | On August 11, 2006, Plaintiff was scheduled to start his work shift at 5:45 p.m. but did not arrive at the TSA office to sign in until 5:47 p.m. | Ex. E6 at p. 1 |
| 11. | Plaintiff signed in at 5:47 p.m.and was told to sign in at 5:45 pm but he refused to correct his entry because he claimed that he arrived ten minutes earlier. | Ex. E6 at p. 1 |
| 12. | Plaintiff never informed his supervisor that he was on premises before the 5:45 p.m. sign in time. | Ex. C at 171:22-172:1 |
| 13. | On August 11, 2006, Plaintiff was in a meeting with Doug Rolefson and Genoa Lopez and he claimed that Ms. Lopez pushed him. | Ex. D at 556:16-557:16 |

|     | **FACTS** | **EVIDENTIARY SUPPORT** |
| --- | --- | --- |
| 14. | Other than Plaintiff's claim that Ms. Lopez pushed him, there was no corroborating evidence that Ms. Lopez pushed him. | Ex. D at 568:17-569:4 |
| 15. | Mr. Tadaki conducted an investigation into the Lopez/Plaintiff incident which included conducting six interviews. | Ex. D at 556:16-557:16; 556:16-558:9; 561:19-562:1 |
| 16. | On August 12, 2006, Plaintiff did not attend work and incorrectly claimed that Mr. Tadaki authorized Plaintiff to take administrative leave on August 12, 2006. | Ex. D 562:21-564:19; Ex. E8 at p.2. |
| 17. | On August 30, 2006, Plaintiff was provided with a termination letter which cited the events in paragraphs referenced above. | Ex. E1, pp. 1, 2 and 3. |
| 18. | Mr. Tadaki was the deciding official in Plaintiff's termination process. | Ex. D at 569:20-571:20. |
| 19. | Mr. Tadaki did not consider Plaintiff's race/color, religion or prior EEO activity (he did not have knowledge of Plaintiff's actual EEO activity at the time of the termination). | Ex. D at 572:6-572:15; Ex. E9 |
| 20. | On August 31, 2005, Plaintiff contacted the EEO office with complaints of discrimination ("Prior EEO Activity") | Ex. G at page 1. |
| 21. | The issues raised in the Prior EEO Activity were 1) he worked fifty hours per week and was only compensated for forty hours per week, 2) he was required to use three hours of annual leave to attend church services and 3) he was given an evaluation that was not objective. | Exs. H at page 2 and I at page 1. |
| 22. | In the prior EEO activity, the Administrative Judge, in a Decision dated January 14, 2009, granted summary against Plaintiff. | Ex. K at page 1. |

| | FACTS | EVIDENTIARY SUPPORT |
|---|---|---|
| 23. | In a February 17, 2009 correspondence, the Department of Homeland Security affirmed the Administrative Judge's ruling and entered Final Judgment in favor of the Agency and included with the correspondence was an explanation of Plaintiff's appeal rights. | Ex. K at pages 1-2. |
| 24. | The February 17, 2019 correspondence was sent certified mail, return receipt requested. | Ex. K at p.7. |
| 25. | On March 7, 2009, Plaintiff signed the return receipt. | Ex. L |
| 26. | Plaintiff did not file an administrative Federal Torts Claim Act administrative claim prior to initiating this action. | Declaration of Sherry Johnson at paragraph 4. |

Dated: July 23, 2019, at Honolulu, Hawaii.

                                  KENJI M. PRICE
                                United States Attorney
                                District of Hawaii

                                /s/ Edric M. Ching
                      By_____
                                EDRIC M. CHING
                                Assistant U.S. Attorney

                                Attorney for Defendant
                                KEVIN K. MCALEENAN,
                                Acting Secretary of Homeland Security

# CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known addresses:

Served Electronically by CM/ECF:

M. LANI ESTEBAN-TRINIDAD, ESQ.   lani@thaterlawgroup.com
The Thater Law Group, PC
Seven Waterfront Plaza
500 Ala Moana Blvd., Suite 400
Honolulu, HI  96813

Attorney for Plaintiff
RICHARD L. SANDOWSKI

Dated:  July 23, 2019, at Honolulu, Hawaii.

                                        KENJI M. PRICE
                                      United States Attorney
                                      District of Hawaii

                                        /s/ Edric M. Ching
                               By_____
                                        EDRIC M. CHING
                                      Assistant U.S. Attorney

                                      Attorney for Defendant
                                      KEVIN K. MCALEENAN,
                                      Acting Secretary of Homeland Security